# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JANICE ELLERY** a/k/a **JANICE ANN ELLERY,**
Appellant,

v.

**U.S. BANK TRUST, NATIONAL ASSOCIATION,**
as Trustee for **LSF10 MASTER PARTICIPATION TRUST,**
Appellee.

No. 4D2024-1942

[October 16, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Marina Garcia Wood, Judge; L.T. Case No. CACE19-011770.

Janice Ellery, Dania Beach, pro se.

Jacob Hanson and Sara D. Accardi of Bradley Arant Boult Cummings LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J., and EWEN, LILLIAN, Associate Judge, concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***